**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                         CASE NO. 3:17-cr-55-J-32MCR

ADRIAN GEORGE

## O R D E R

This case is before the Court on Defendant's Motion for Judgment of Acquittal Pursuant to Rule 29, (Doc. 67). At the close of the evidence at trial, the Court denied Defendant's Rule 29 motion for judgment of acquittal (Doc. 64 at 130). Post-trial, Defendant makes the same motion. Upon review of the motion and the government's response, (Doc. 73), it is hereby

**ORDERED:**

Defendant's Motion for Judgment of Acquittal Pursuant to Rule 29 (Doc. 67) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of May, 2018.

                                                          TIMOTHY J. CORRIGAN
                                                          United States District Judge

jb
Copies:

Michael Coolican, AUSA
Michael Stanski, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant